```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         4:07CR3133
                                )
     v.                         )
                                )
ALEJANDRO LOZANO-UBIETA,        )           ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

Defendant's unopposed motion to continue the suppression hearing currently set for January 7 is granted and the hearing is continued to January 17, 2008 at 1:00 p.m.

Defendant shall be present for the hearing.

DATED this 20th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge