IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3133 |
| v. | ) | |
| ALEJANDRO LOZANO-UBIETA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

The suppression hearing that was set for January 17, 2008, is cancelled until further order because the defendant has absconded and his whereabouts are unknown.

DATED this 14th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge