IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3133 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| ALEJANDRO LOZANO-UBIETA, | ) | ORDER |
| | ) | CORRECTING LINK TO |
| Defendant. | ) | FILING NO. 14 |
| | ) | |

The order of March 30, 2009 (filing no. 26) is amended as follows:

Defendant has absconded and his whereabouts are unknown.

IT THEREFORE HEREBY IS ORDERED,

Defendant's motion to suppress evidence filed December 10, 2007 (filing no. 14) is denied without prejudice to refiling if the defendant is later found and wishes to reassert the motion.

DATED this 31st day of March, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge